**Francia HIRMIZ, Peter Hirmiz, as Best Friends of their Daughter, J.H., Petitioners–Appellants**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 2015–5043.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2015.

John Francis McHugh, Law Office of John McHugh, New York, NY, argued for appellants.

Voris Edward Johnson, Jr., Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Benjamin C. Mizer, Rupa Bhattacharyya, Vincent J. Matanoski, Gabrielle M. Fielding.

LOURIE, DYK, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**